UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr- 00282-JO |
| v. | **INFORMATION** |
| **NOELLE ANGELINA MANDOLFO,** | **18 U.S.C. § 111(a)(1)** |
| | **CLASS A MISDEMEANOR** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1) - Misdemeanor)**

On or about July 27, 2020, in the District of Oregon, defendant **NOELLE ANGELINA MANDOLFO** forcibly assaulted Federal Law Enforcement Victim 1 (V-1), a person designated as a federal officer under 18 U.S.C. § 1114, while V-1 was engaged in and on account of the performance of V-1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1).

Dated: July 27, 2020.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB 873568
Assistant United States Attorney