IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00282 – JO |
| v. | |
| Noelle Angelina Mandolfo | ORDER TO MODIFY CONDITIONS OF RELEASE |

**IT IS ORDERED THAT the conditions of release be modified as follows:**

**Ordering the REMOVAL of following the conditions:**

Do not participate in any protests, demonstrations, rallies, or assemblies while case is pending.

Do not enter within a five-block radius of the U.S. Courthouse at 1000 SW Third Ave, Portland, OR 97204, except on official court business and with prior approval of Pretrial Services.

**And REPLACE with the noted condition:**

The defendant shall not be present between 10 pm and 6 am within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west, unless for employment purposes.

IT IS SO ORDERED THIS 29 day of July, 2020.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**