IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00282-JO-1 |
| v. | |
| Noelle Angelina Mandolfo | ORDER TO MODIFY CONDITIONS OF RELEASE |

**IT IS ORDERED THAT the conditions of release be modified as follows:**

**Ordering the REMOVAL of following the conditions:**

The defendant shall not be present between 10 pm and 6 am within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west, unless for employment purposes.

**And REPLACE with the noted condition:**

The defendant shall not be present within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west.

IT IS SO ORDERED THIS __31__ day of __July__, 2020.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

Submitted by U.S. Pretrial Services